The People of the State of New York, Respondent, v. Charles W. Hansen, Appellant.

*Crimes — extortion — bribery — taking unlawful fees — judgment of conviction affirmed.*

*People* v. *Hansen,* 211 App. Div. 861, affirmed.
(Argued October 12, 1925; decided October 27, 1925.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 5, 1924, which affirmed a judgment of the Nassau County Court rendered upon a verdict convicting the defendant of the crimes of extortion, bribery and taking unlawful fees.

*James E. Wilkinson* for appellant.

*Charles R. Weeks, District Attorney* (*Charles I. Wood* and *Elvin N. Edwards* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.